IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANJOSA HOSPITALITY, LLC, a Montana limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>HISCOX, INC.<br><br>                Defendant. | CV 17-152-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR TELEPHONIC PRELIMINARY PRETRIAL CONFERENCE** |

Plaintiff Banjosa Hospitality, LLC ("Plaintiff") has filed an unopposed motion to allow all counsel to appear telephonically at the Preliminary Pretrial Conference. (Doc. 10.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Counsel for the parties may appear by telephone at the January 25, 2018 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1.     Dial 1-877-848-7030
2.     Enter Access Code 5492555 #

DATED this 29th day of November, 2017.

                                                                       _____
                                                                       TIMOTHY J. CAVAN
                                                                       United States Magistrate Judge