UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANJOSA HOSPITALITY, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HISCOX, INC.,<br><br>Defendant. | Case No. CV-17-152-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Banjosa's Motion for Summary Judgment be DENIED, and that HICI's Motion for Summary Judgment be GRANTED.

Dated this 26th day of September, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Judith Rhoades
Judith Rhoades, Deputy Clerk