Gary M. Zadick
Ugrin Alexander Zadick, PC
2 Railroad Square #B
P.O. Box 1746
Great Falls, MT 59403
Phone: (406)771-0007
Fax: (406) 452-9360
gmz@uazh.com

Jason T. Holden
Katie R. Ranta
Faure Holden Attorneys at Law, PC
1314 Central Avenue
P.O. Box 2466
Great Falls, MT 59403
Phone: (406) 452-6500
Fax: (406) 452-6503
jholden@faureholden.com
kranta@faureholden.com
*Attorneys for Plaintiff & Appellant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| BANJOSA HOSPITALITY, LLC, a Colorado limited liability company,<br><br>Plaintiff and Appellant,<br><br>-vs-<br><br>HISCOX, INC.,<br><br>Defendant and Appellee. | CV-17-152-BLG-TJC<br><br>**BANJOSA HOSPITALITY, LLC'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Banjosa Hospitality, LLC

("Banjosa") by and through its counsel of record, Ugrin Alexander Zadick, P.C.

1

and Faure Holden Attorneys at Law, PC, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on September 26, 2018 (doc. 39). This appeal is from the Order (doc. 38) denying Banjosa's Motion for Summary Judgment (doc. 15) and granting Hiscox Insurance Company, Inc.'s Motion for Summary Judgment (doc. 34).

DATED this 24th day of October, 2018.

| Ugrin Alexander Zadick, PC | Faure Holden Attorneys at Law, PC |
|---|---|
| */s/ Gary M. Zadick*<br>Gary M. Zadick | */s/ Jason T. Holden*<br>Jason T. Holden |
| | */s/ Katie R. Ranta*<br>Katie R. Ranta |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served upon the following by the means designated below on the 24th day of October, 2018.

| | |
|---|---|
| Robert J. Phillips<br>Katelyn J. Hepburn<br>Garlington, Lohn & Robinson, PLLC<br>350 Ryman Street<br>P.O. Box 7909<br>Missoula, MT 59802<br>*Attorney for Hiscox Insurance Company, Inc.* | ■ CM/ECF<br>□ Federal Express<br>□ Hand Delivery<br>□ Facsimile<br>□ E-mail<br>□ U. S. Mail |

*/s/ Katie R. Ranta*
Katie R. Ranta