UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BANJOSA HOSPITALITY, LLC, a Montana limited liability company,

    Plaintiff - Appellant,

v.

HISCOX, INC.,

    Defendant - Appellee.

No. 18-35905

D.C. No. 1:17-cv-00152-TJC
U.S. District Court for Montana, Billings

**MANDATE**

The judgment of this Court, entered December 19, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7